UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                            Criminal No. 09-cr-58-01-JL

<u>Gene Labrie</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted in part.  The continuance is limited to 60 days.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                <u>***/s/Joseph N. Laplante***</u>
                                                Joseph N. Laplante
                                                United States District Judge

Date:  April 13, 2009


cc:  Michael Shklar, Esq.
     Helen Fitzgibbon, Esq.
     U.S. Marshal
     U.S. Probation